61 A.3d 190

Muhammad LEACH, Petitioner

v.

SUPERIOR COURT OF PENNSYLVANIA, Respondent.

No. 200 EM 2012.

Supreme Court of Pennsylvania.

Jan. 30, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of January, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**